**FILED**

SEP -5 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

**ENTERED**

SEP -5 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>ROBIN MARTINEZ<br>LOUIE MARTINEZ<br><br>Debtor(s). | BK. No. 8:08-15267-TA<br><br>Chapter 7<br><br>**ORDER TO SHOW CAUSE WHY ORDER DENYING DISCHARGE SHOULD NOT BE ENTERED PURSUANT TO 11 U.S.C. SECTION 727(a)(8)**<br><br>Date:  October 7, 2008<br>Time:  11:00 a.m.<br>Place:  5B |

It appears that a discharge was previously granted to the Debtor(s) under 11 U.S.C. Section 727, or 11 U.S.C. Section 1141, in a case commenced within 8 years before the date of the filing of the above-captioned case.

Pursuant to 11 U.S.C. Section 727(a)(8), a discharge will not be granted to a debtor when a discharge has been previously granted under these circumstances.

1

2   **IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that a hearing

3   will be held at the above-referenced date, time, and place at which time the Debtor(s)

4   and Debtor's attorney of record, if any, shall appear and show cause why an order

5   should not be entered denying discharge in the above-referenced case.

6   DATED: SEP - 5 2008

7

8   United States Bankruptcy Judge

9   Theodor C. Albert

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26              -2-

# CERTIFICATE OF SERVICE BY MAIL

I certify that a true copy of this **ORDER TO SHOW CAUSE** was mailed on _____ **SEP - 5 2008** to the parties listed below:

**Debtor**

Robin Martinez

33582 Palo Alto Street

Dana Point, CA 92629


**Debtor**

Louie Martinez

33582 Palo Alto Street

Dana Point, CA 92629


**Debtor's Attorney**

R G Pagter

Pagter and Miller

525 N. Cabrillo Pk Dr., Ste. 104

Santa Ana, CA 92701


*Trustee*
**James J Joseph**
Danning, Gill, Diamond & Kollitz
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067-2904


*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593


Dated:  **SEP - 5 2008**

JON D. CERETTO, Clerk
U.S. Bankruptcy Court

By: *Denise M. Bustillos*
**Deputy Clerk**

- 3 -